**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Marco A Paez |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : **Southern** | **District of** Florida (State) |
| **Case number** | 19-19489-lmi |

# Official Form 410S1
## Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-11

**Court claim no.** (if known): 8

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9855

**Date of payment change:** Must be at least 21 days after date of this notice     7/1/2021

**New total payment:** Principal, interest, and escrow, if any     $1,307.12

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**    $ 107.10          **New escrow payment :**    $ 109.97

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☐ No
   ☒ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:**    3.00000%              **New interest rate:**    4.00000%
   **Current principal and interest payment:**    $ 1,136.77     **New principal and interest payment:**    $ 1,197.15

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    $ _____          **New mortgage payment:**    $ _____

Debtor 1  **Marco A Paez**  Case number *(if known)* 19-19489-lmi
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Ciro A Mestres                                           Date  5/19/2021
   Signature

Print:   Ciro              A                  Mestres           Title   Authorized Agent for Creditor
         First Name        Middle Name        Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell                    GA                30076
          City                       State             ZIP Code

Contact phone   678-281-6516                                    Email   Ciro.Mestres@mccalla.com

***If the Debtor and lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Payment Change is for notice purposes only and will be abated pending the outcome of the mediation. If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Payment Change.

In Re:  
    Marco A Paez

Bankruptcy Case No.: 19-19489-lmi  
Chapter: 13  
Judge: Laurel M Iscoff

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Marco A Paez  
360 Nw 114 Ave, #105  
Miami, FL 33172

Ricardo Corona, Esq.　　　　　　　　　　(served via ECF Notification)  
3899 NW 7 St  
Miami, FL 33126

Nancy K. Neidich, Trustee　　　　　　　　(served via ECF Notification)  
P.O. Box 279806  
Miramar, FL 33027

U.S. Trustee　　　　　　　　　　　　　　(served via ECF Notification)  
Office of the US Trustee 51 S.W. 1st Ave.  
Suite 1204  
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: __6/1/2021__　　By:　__/s/Ciro A Mestres__  
　　　　　　　　(date)　　　　　　　Ciro A Mestres  
　　　　　　　　　　　　　　　　　　Authorized Agent for Creditor

**Shellpoint Mortgage Servicing**

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Phone Number:** 866-316-4706
**Fax:** 866-467-1137
www.shellpointmtg.com
Mon - Thurs: 8:00AM-10:00PM
Fri: 8:00AM-10:00PM
Sat: 8:00AM-3:00PM

MARCO A PAEZ
KARLA D PAEZ
3899 NW 7 ST
MIAMI FL 33126-5551

| Loan Number: | |
|---|---|
| Principal Balance: | $136,532.98 |
| Property: | 360 NW 114TH AVE APT 105 MIAMI, FL 33172 |

04/19/2021

## IMPORTANT NOTICE – INTEREST RATE AND MORTGAGE PAYMENT CHANGES

**Mortgage Modification Reminders**
We want to remind you about some important terms of your modification. Per the modification agreement, your loan is subject to interest rate adjustment(s) until it reaches its interest cap rate, which was based on the market interest rate as of the date that the modification agreement was prepared.

**Modification Payment Information**
The table below shows the schedule of adjustments to your current interest rate and estimated future changes to your monthly mortgage payment(s).

| MONTHS | INTEREST RATE | INTEREST RATE CHANGE DATE | MONTHLY PRINCIPAL AND INTEREST PAYMENT AMOUNT | ESTIMATED MONTHLY ESCROW PAYMENT AMOUNT* | TOTAL ESTIMATED MONTHLY PAYMENT AMOUNT* | MONTHLY PAYMENT BEGINS ON |
|---|---|---|---|---|---|---|
| 12 | 3% | 06/01/2020 | $1,136.77 | $107.10 | $1,243.87 | 07/01/2020 |
| 131 | 4% | 06/01/2021 | $1,197.15 | $107.10 | $1,304.25 | 07/01/2021 |

*Your total estimated monthly payment amount includes an escrow amount for property taxes, hazard insurance, and other escrowed expenses (if applicable), which may change your total monthly payment. The escrow payment amounts shown are based on the current data and present a reasonable estimate of expenditures for future escrow obligations; however, escrow payments may be adjusted periodically in accordance with applicable law. Your total estimated monthly payment amount is calculated by adding the monthly principal, interest, and escrow payment amount.

**Mortgage Assistance**
We remain committed to helping homeowners. If you are concerned or anticipate challenges with your new monthly payments, contact us right away at 866-316-4706 Monday through Thursday 8:00AM-10:00PM, Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM EST.

If you are facing financial difficulties—whether they are short or long term—start exploring your options today. Information and educational resources are available to you at Fannie Mae's Know Your Options™ website at https://www.knowyouroptions.com.

Contact HUD-approved counselors who are available to provide you with the information and assistance you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.

For more information and frequently asked questions, visit our website at www.shellpointmtg.com.

We will send you a reminder closer to the date of the adjustment.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al numero 866-316-4706.


Sincerely,

Shellpoint Mortgage Servicing
866-316-4706

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as Spanish.**

**If you prefer to receive communication in a language other than English, please contact us at 866-316-4706 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-316-4706 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-316-4706，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

MARCO A PAEZ
KARLA D PAEZ
360 NW 114th Ave Apt 105
Miami FL  33172

Analysis Date: May 24, 2021
Loan:

Property Address:
360 NW 114TH AVE APT 105
MIAMI, FL  33172

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2021 |
|---|---|---|
| P & I Pmt: | $1,136.77 | $1,197.15** |
| Escrow Pmt: | $107.10 | $109.97 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $1,243.87 | $1,307.12 |

| Prior Esc Pmt | August 01, 2020 |
|---|---|
| P & I Pmt: | $1,136.77 |
| Escrow Pmt: | $107.10 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $1,243.87 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | October 01, 2020 |
| Escrow Balance: | $2,284.51 |
| Anticipated Pmts to Escrow: | $963.90 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $3,248.41 |

| Shortage/Overage Information | Effective Jul 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $1,319.63 |
| Required Cushion | $219.94 |
| Required Starting Balance | $989.72 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 219.94. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 219.94 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Aug 2020 to June 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual |  | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Starting Balance | 1,071.01 | (128.04) |
| Aug 2020 | 107.10 | 202.14 |  |  | * |  | 1,178.11 | 74.10 |
| Sep 2020 | 107.10 | 101.07 |  |  | * |  | 1,285.21 | 175.17 |
| Oct 2020 | 107.10 | 101.07 |  |  | * |  | 1,392.31 | 276.24 |
| Nov 2020 | 107.10 | 101.07 | 1,285.21 | 1,319.63 | * | County Tax | 214.20 | (942.32) |
| Dec 2020 | 107.10 | 107.10 |  |  |  |  | 321.30 | (835.22) |
| Jan 2021 | 107.10 | 107.10 |  |  |  |  | 428.40 | (728.12) |
| Feb 2021 | 107.10 | 107.10 |  |  |  |  | 535.50 | (621.02) |
| Mar 2021 | 107.10 | 107.10 |  |  |  |  | 642.60 | (513.92) |
| Apr 2021 | 107.10 | 107.10 |  |  |  |  | 749.70 | (406.82) |
| May 2021 | 107.10 | 107.10 |  |  |  |  | 856.80 | (299.72) |
| Jun 2021 | 107.10 |  |  |  | * |  | 963.90 | (299.72) |
|  |  |  |  |  |  | Anticipated Transactions | 963.90 | (299.72) |
| Jun 2021 |  | 963.90 P |  |  |  |  |  | 664.18 |
|  | $1,178.10 | $2,111.85 | $1,285.21 | $1,319.63 |  |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: May 24, 2021
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,248.41 | 989.72 |
| Jul 2021 | 109.97 | | | 3,358.38 | 1,099.69 |
| Aug 2021 | 109.97 | | | 3,468.35 | 1,209.66 |
| Sep 2021 | 109.97 | | | 3,578.32 | 1,319.63 |
| Oct 2021 | 109.97 | | | 3,688.29 | 1,429.60 |
| Nov 2021 | 109.97 | 1,319.63 | County Tax | 2,478.63 | 219.94 |
| Dec 2021 | 109.97 | | | 2,588.60 | 329.91 |
| Jan 2022 | 109.97 | | | 2,698.57 | 439.88 |
| Feb 2022 | 109.97 | | | 2,808.54 | 549.85 |
| Mar 2022 | 109.97 | | | 2,918.51 | 659.82 |
| Apr 2022 | 109.97 | | | 3,028.48 | 769.79 |
| May 2022 | 109.97 | | | 3,138.45 | 879.76 |
| Jun 2022 | 109.97 | | | 3,248.42 | 989.73 |
| | $1,319.64 | $1,319.63 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,248.41. Your starting balance (escrow balance required) according to this analysis should be $989.72.

We anticipate the total of your coming year bills to be 1,319.63. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $109.97 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $109.97 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826